# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**ANGELA MARIE BRINEGAR,**

    **Plaintiff,**

v.                                                                                                   Case No: 5:17-cv-190-Oc-30PRL

**SHEILA FAYE DOYLE**

    **Defendant.**

## ORDER

This personal injury action arising from a motor vehicle accident was removed to this Court on April 21, 2017, from the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida. (Doc. 1). Prior to removal, Defendant filed a Motion to Compel Plaintiff's Discovery Responses. (Doc. 4). Defendant's motion seeks to compel answers to discovery requests, specifically answers to interrogatories. Defendant's motion recites that the parties had agreed upon a one-week extension, but that extension expired and the responses were not provided.

Because the motion was filed as part of the proceeding in state court it doesn't comply with the requirements of this Court's Local Rules. For example, it doesn't comply with the meet and confer requirements of Local Rule 3.01(g) and doesn't appear to comply with the requirements of Rule 3.01(a). Also, to the extent necessary, it may need to comply with Rule 3.04. Lastly, it's unclear whether the timing of the motion and request for discovery itself is consistent with Fed. R. Civ. P. 26(d)(1). As such, the motion is due to be **terminated**, without prejudice to Defendant to seek appropriate relief consistent with this Court's Local Rules and the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Ocala, Florida on May 5, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties